BEFORE THE SECOND DIVISION, JANUARY 26, 1956

**No. 59689.**—Freedman & Slater, Inc., et al. *v.* United States, protests 173978–K (A), etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA*

*Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiffs was sustained.